**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

  ISAKOV,

                              Plaintiff,

                    -against-

  DYLANS CANDYBAR, LLC,

                              Defendant.

25-cv-1201 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

forty-five (45) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    May 27, 2025
          New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**